UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DAVID R. GEIGER, LINDA D. GEIGER and WILLIAM LEHRICH,<br>              Plaintiffs,<br><br>        v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>              Defendant. | :<br>:<br>:<br>:<br>:   No.   5:24-cv-0185<br>:<br>:<br>: |

_____

## **O R D E R**

**AND NOW**, this 12th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motions to Dismiss, *see* ECF No. 10, is **GRANTED**;

    a. Count II **DISMISSED without prejudice**;

    b. **Within twenty (20) days of the date of this Order**, Plaintiffs may file an amended complaint as to Count II;

2. If Plaintiffs fail to timely file an amended complaint, Count II will be dismissed with prejudice and the matter will proceed on Count I only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge